UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 20-02637 |
|---|---|---|
| Timothy G Montalvo | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| Debtor(s) | ) | |

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. The Debtor's plan is modified post-confirmation by having the student loans through Sallie Mae and the US Department of Education-GLELSI be paid direct by the debtor, to decrease the plan payment to $1,500 a month commencing with the February 2021 plan payment and to defer the current trustee default to the end of the plan.

2. Nothing in this Order shall require Trustee to do collections from creditors pursuant to any prior plan.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: February 22, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600